MARK T. TILLAR (0029898)<br>
JOHN J. HELBLING (0046727)<br>
The Helbling Law Firm, L.L.C.<br>
3672 Springdale Road<br>
Cincinnati, Ohio 45251<br>
513-923-9740

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| STEVE LEDFORD, <br>     PLAINTIFFS, <br> VS. <br> CITY OF CINCINNATI, ET AL., <br>     DEFENDANTS. | CASE NO.: C-1-01-469 <br> JUDGE DLOTT |

## PLAINTIFFS' MOTION FOR ENLARGEMENT OF TIME FOR PLAINTIFF TO RESPOND TO MOTION FOR SUMMARY JUDGMENT

On September 10, 2003, Defendants filed a Rule 56 Motion For Summary Judgment for Defendants.  Prior to filing said Motion, Plaintiffs and Defendants discussed the need for additional depositions by Plaintiff of Defendants.  Defendants counsel agreed to said depositions and they are scheduled for October 1, 2003.  These depositions are necessary before Plaintiff can completely address the issues set forth in Defendant's Motion.  Plaintiff conversed with Defendant on

September 22, 2003 to discuss the Plaintiff's Response and request a continuance from Defendants. Defendants agreed to Plaintiff's request. **Plaintiff hereby moves this Court** for an extension of time until October 10, 2003, to file Plaintiffs response to the pending Motion For Summary Judgment.

Respectfully submitted,

/s/ John J. Helbling
/s/ Mark T. Tillar
John J. Helbling 0046727
Mark T. Tillar 0029898
Trial Attorneys For Plaintiffs
3672 Springdale Road
Cincinnati, Ohio 45251
Telephone: (513) 923-9740
Fax:(513) 923-9741

**CERTIFICATE OF SERVICE**

I hereby certify that I served upon the opposing counsel enumerated below Plaintiffs' Motion for Enlargement of Time this 23rd day of September 2003.

/s/ John J. Helbling
JOHN J. HELBLING (0046727)

Thomas J. Harris III  0065946
Defense Counsel for the City of Cincinnati
Assistant City Solicitor
Office of the Cincinnati City Solicitor
801 Plum Street - City Hall
Room 214
Cincinnati, Ohio 45202
(513)  352-3321