MARK T. TILLAR (0029898)
JOHN J. HELBLING (0046727)
The Helbling Law Firm, L.L.C.
3672 Springdale Road
Cincinnati, Ohio 45251
513-923-9740

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

STEVE LEDFORD,

    PLAINTIFFS,

    VS.

CITY OF CINCINNATI, ET AL.,

    DEFENDANTS.

CASE NO.: C-1-01-469

JUDGE DLOTT

*Granted*
*Susan J. Dlott*
*September 24, 2003*

## PLAINTIFFS' MOTION FOR ENLARGEMENT OF TIME FOR PLAINTIFF TO RESPOND TO MOTION FOR SUMMARY JUDGMENT

On September 10, 2003, Defendants filed a Rule 56 Motion For Summary Judgment for Defendants. Prior to filing said Motion, Plaintiffs and Defendants discussed the need for additional depositions by Plaintiff of Defendants. Defendants counsel agreed to said depositions and they are scheduled for October 1, 2003. These depositions are necessary before Plaintiff can completely address the issues set forth in Defendant's Motion. Plaintiff conversed with Defendant on