MARK T. TILLAR (0029898)<br>
JOHN J. HELBLING (0046727)<br>
The Helbling Law Firm, L.L.C.<br>
3672 Springdale Road<br>
Cincinnati, Ohio 45251<br>
513-923-9740

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| STEVE LEDFORD,<br>    PLAINTIFFS,<br>    VS.<br>CITY OF CINCINNATI, ET AL.,<br>    DEFENDANTS. | CASE NO.: C-1-01-469<br>JUDGE DLOTT |

PLAINTIFFS' MOTION FOR ENLARGEMENT OF TIME FOR PLAINTIFF TO RESPOND TO MOTION FOR SUMMARY JUDGMENT

On September 10, 2003, Defendants filed a Rule 56 Motion For Summary Judgment for Defendants. Prior to filing said Motion, Plaintiffs and Defendants discussed the need for additional depositions by Plaintiff of Defendants. Defendants counsel previously agreed to depositions and they were scheduled for October 1, 2003. The deponent was called out of town and unable to complete the deposition scheduled. Defendant's Counsel notified Plaintiffs' counsel that the

deposition would need to be rescheduled for later in October. Plaintiff's agreed to Defendant's request. **Plaintiff hereby moves this Court** for an extension of time until October 29, 2003, to file Plaintiffs response to the pending Motion For Summary Judgment.

Respectfully submitted,

/s/ John J. Helbling
/s/ Mark T. Tillar
John J. Helbling 0046727
Mark T. Tillar 0029898
Trial Attorneys For Plaintiffs
3672 Springdale Road
Cincinnati, Ohio 45251
Telephone: (513) 923-9740
Fax:(513) 923-9741

**CERTIFICATE OF SERVICE**

I hereby certify that I served upon the opposing counsel enumerated below Plaintiffs' Motion for Enlargement of Time this 10th day of October 2003.

/s/ John J. Helbling
JOHN J. HELBLING (0046727)

Thomas J. Harris III  0065946
Defense Counsel for the City of Cincinnati
Assistant City Solicitor
Office of the Cincinnati City Solicitor
801 Plum Street - City Hall
Room 214
Cincinnati, Ohio 45202
(513)  352-3321