MARK T. TILLAR (0029898)
JOHN J. HELBLING (0046727)
The Helbling Law Firm, L.L.C.
3672 Springdale Road
Cincinnati, Ohio 45251
513-923-9740

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

STEVE LEDFORD,

    PLAINTIFFS,

    VS.

CITY OF CINCINNATI, ET AL.,

    DEFENDANTS.

CASE NO.: C-1-01-469

JUDGE DLOTT

*Granted*
*Susan J. Dlott*
*10/15/03*

## PLAINTIFFS' MOTION FOR ENLARGEMENT OF TIME FOR PLAINTIFF TO RESPOND TO MOTION FOR SUMMARY JUDGMENT

On September 10, 2003, Defendants filed a Rule 56 Motion For Summary Judgment for Defendants. Prior to filing said Motion, Plaintiffs and Defendants discussed the need for additional depositions by Plaintiff of Defendants. Defendants counsel previously agreed to depositions and they were scheduled for October 1, 2003. The deponent was called out of town and unable to complete the deposition scheduled. Defendant's Counsel notified Plaintiffs' counsel that the