IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

STEVE A. LEDFORD, et al,

    vs.

CITY OF CINCINNATI, et al,

Case Number: 1:01cv469-SJD

District Judge Susan J. Dlott

NOTICE

The FINAL PRETRIAL CONFERENCE and TRIAL previously scheduled in this case are hereby VACATED.

KENNETH J. MURPHY, CLERK

\_\_\_s/Stephen Snyder_____
Stephen Snyder
Case Manager
(513) 564-7633