IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| STEVE A. LEDFORD, et al, | : | |
| | : | |
| Plaintiff(s) | : | |
| | : | Case Number: 1:01cv469-SJD |
| vs. | : | |
| | : | District Judge Susan J. Dlott |
| CITY OF CINCINNATI, et al, | : | |
| | : | |
| Defendant(s) | : | |

ORDER

The Court hereby amends the scheduling order in this case as follows:

1. Memorandum in opposition to
   motion for summary judgment deadline          03/01/04

2. Reply in support of motion for
   summary judgment deadline                    03/15/04

IT IS SO ORDERED.


                                    ___s/Susan J. Dlott_____
                                    Susan J. Dlott
                                    United States District Judge