GRANTED
/s/ Susan J. Dlott

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **STEVEN LEDFORD, et al.** | : | Case No: C-1-01-469 (Judge Dlott) |
| **Plaintiff,** | : | |
| | : | CITY OF CINCINNATI |
| Vs. | | ET AL.'S MOTION FOR |
| | : | EXTENSION OF TIME TO FILE |
| **CITY OF CINCINNATI, ET AL.** | | A REPLY TO PLAINTIFF'S |
| | : | RESPONSE TO THE CITY OF |
| | | CINCINNATI ET AL.'S |
| **Defendants** | : | MOTION FOR SUMMARY JUDGEMENT |
| | : | |

The City of Cincinnati et al, respectfully request a Five day (5) extension to file a Reply to Plaintiff's Response to the City of Cincinnati's et al's Motion for Summary Judgment until Friday March 19, 2004. Attorney for the City of Cincinnati, et al. has been in trial for the last two weeks and has been unable to properly prepare a Reply. Opposing counsel does not object to this request.

Respectfully submitted,
J. Rita McNeil
City Solicitor

**/s/ Thomas J. Harris**
Thomas J. Harris (0065946)
Assistant City Solicitor
Room 214, City Hall
Cincinnati, Ohio 45202
(513) 352-3321