UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF OHIO

WESTERN DIVISION

| | |
|---|---|
| STEVE LEDFORD, | ) |
| PLAINTIFFS, | ) CASE NO.: C-1-01-469 |
| vs. | ) JUDGE DLOTT |
| CITY OF CINCINNATI, ET AL., | ) |
| DEFENDANTS. | ) |

**AGREED ORDER**

Pursuant to Rule 41, Fed. R. Civ. P., all claims against Defendants John Shirey, Kent A. Ryan, S. Gregory Baker, John Doe 2 – 6 in the above captioned matter are dismissed with prejudice. The parties further agree that claims and/or allegations pertaining to a lack of medical treatment in the above captioned matter are dismissed with prejudice.

Plaintiff retains all claims asserted against all other defendants in this action.

SO ORDERED

Date: _____

*Susan J. Dlott* (signature)
Susan J. Dlott
United States District Judge

Agreed Order - 1