IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| STEVE A. LEDFORD, et al. | : | CASE NO. C-1-01-469 |
| Plaintiffs, | : | (Judge Dlottl) |
| vs. | : | |
| CITY OF CINCINNATI, et al. | : | **NOTICE OF MANUAL FILING OF DEPOSITION TRANSCRIPTS** |
| Defendants. | : | |
| | : | |

Notice is hereby given that the Deposition Transcript of Donald Elsaesser, taken in the above-referenced matter on January 24, 2003, the Deposition Transcript of Officer Kevin Hankerson, taken in the above-referenced matter on July 9, 2003, the Deposition Transcript of Officer Robert Williams, taken in the above-referenced matter on July 9, 2003, the Deposition Transcript of David Kennedy, taken on July 8, 2003 and the Deposition Transcript of Plaintiff Steve A. Ledford, taken in the above referenced matter on January 24, 2003 have been manually filed in the above-referenced matter on June 24, 2004.

**JULIA L. McNEIL (0043535)**
City Solicitor


/s/Thomas J. Harris, III
**Thomas J. Harris, III (0065946)**
Assistant City Solicitor
Room 214, City Hall
801 Plum Street
Cincinnati, Ohio 45202
(513) 352-3321
FAX: (513) 352-1515
Email: tom.harris@cincinnati-oh.gov
Trial Counsel for Defendants


**CERTIFICATE OF SERVICE**

I hereby certify on June 24, 2004, a true and accurate copy of the foregoing Notice of Manual Filing of Deposition Transcripts was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed to those parties who are not served via the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Thomas J. Harris
**Thomas J. Harris, III (0065946)**
Assistant City Solicitor