IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| STEVE A. LEDFORD, et al,<br><br>  Plaintiff(s)<br><br>vs.<br><br>CITY OF CINCINNATI, et al,<br><br>  Defendant(s) | Case Number: 1:01cv469-SJD<br><br>District Judge Susan J. Dlott |

ORDER

The above-captioned matter is hereby TRANSFERRED from the docket of The Honorable Susan J. Dlott to the docket of The Honorable William O. Bertelsman, sitting by designation.

IT IS SO ORDERED.

                                                                                                s/Susan J. Dlott
                                                                                                 Susan J. Dlott
                                                                                                 United States District Judge


                                                                                             s/William O. Bertelsman
                                                                                               William O. Bertelsman
                                                                                              United States District Judge