UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
CASE NO. 1:01cv00469-WOB

STEVE A. LEDFORD, ET AL    PLAINTIFFS

v.    **ORDER**

CITY OF CINCINNATI, ET AL    DEFENDANTS

This matter is before the court on the motion of defendants for summary judgment (Doc. #11), and the court being advised,

**IT IS ORDERED** that oral argument on such motion be, and it is, hereby set on **THURSDAY, DECEMBER 2, 2004 at 2:00 P.M.** in the United States District Courthouse in Cincinnati, Ohio (room to be assigned).

This 15th day of November, 2004.



Signed By:
William O. Bertelsman  WOB
United States District Judge