# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

05 JAN -4 PM 4:32

| | | |
|---|---|---|
| STEVE A. LEDFORD, ET AL., | : | CASE NO. C-1-01-469 |
| | : | Honorable Judge Bertelsman |
| Plaintiffs, | : | |
| vs. | : | |
| THE CITY OF CINCINNATI, ET AL., | : | |
| | : | **NOTICE OF APPEAL** |
| Defendants. | : | |

Notice is hereby given that Defendants City of Cincinnati, Chief Thomas Streicher, Jr., and P.O. Donald B. Elsaesser appeal to the United States Court of Appeals for the Sixth Circuit from the Order of the United States District Court for the Southern District of Ohio, entered in this case on December 12, 2004 (Doc.27), granting in part dismissal of Plaintiffs' claims as to Defendants the City of Cincinnati and Thomas Streicher, Jr., and denying in part dismissal of Plaintiffs' claims as to Defendant Donald B. Elsaesser.

Respectfully submitted,

**JULIA L. McNEIL (0043535)**
City Solicitor

**THOMAS J. HARRIS (0065946)**
Assistant City Solicitor
214 City Hall
801 Plum Street
Cincinnati, Ohio 45202
(513) 352-3321
Fax: (513) 352-1515
Email: tom.harris@vinlaw.rcc.org

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appeal has been served by ordinary U.S. Mail this ___th day of December, 2004 on all counsel of record:

John J. Helbling, Esq.
The Helbling Law Firm, L.L.C.
3672 Springdale Road
Cincinnati, OH 45251

Mark Theodore Tillar, Esq.
224 Clark Road
Cincinnati, OH 45215

Donald Edson Hardin, Esq.
Hardin, Lefton, Lazarus & Marks, L.L.C.
915 Cincinnati Club Building
30 Garfield Place
Cincinnati, OH 45202

THOMAS J. HARRIS (0065946)