Tue Jan  4 15:27:06 2005

UNITED STATES DISTRICT COURT

CINCINNATI, OH

Receipt No.   100 425213
Cashier       mc1

Check Number: 245840

DO Code    Div No
 4661        1

Sub Acct Type Tender      Amount
1:086900  N     2         105.00
2:510000  N     2         150.00

Total Amount      $       255.00

CITY OF CINCINNATI

NOTICE OF APPEAL 1:01CV469


Tue Jan  4 15:27:08 2005

Check No.  245840
Amount $   255.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661