READ INSTRUCTIONS AT THE BOTTOM OF THIS FORM

## TRANSCRIPT ORDER

| District Court   U.S. District Court, Southern District of Ohio | District Court Docket Number   1:01cv469 |
|---|---|

Short Case Title   Steve Ledford vs. City of Cincinnati, et al.

Date Notice of Appeal Filed by Clerk of District Court   01/04/05          COA#  05-3052

---

**PART I.** (TO BE COMPLETED BY PARTY ORDERING TRANSCRIPT, THE FORM MUST BE SIGNED WHETHER OR NOT TRANSCRIPT IS ORDER).

A. Complete one of the following:
  ☐ No Hearings
  X Transcript is unnecessary for appeal purposes
  ☐ Transcript is already on file in District Court Clerk's Office
  ☐ This is to order a transcript of the following proceedings: (specify exact dates of proceedings)

|  | **JUDGE MAGISTRATE** | **HEARING DATE(S)** | **COURT REPORTER** |
|---|---|---|---|
| Pre-trial proceedings | | | |
| Testimony (specify witnesses) | | | |

Other (specify) _____

TRANSCRIPT OF THE FOLLOWING PROCEEDINGS WILL BE PROVIDED ONLY IF SPECIALLY AUTHORIZED. SEE ITEM 13 CJA FORM 24
  Voir Dire ☐    Opening statement of plaintiff ☐    defendant ☐;
  Closing argument of plaintiff ☐    defendant ☐;
  Jury Instructions ☐;

FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL.

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. This method of payment will be:
  ☐ Criminal Justice Act (Attach copy of CJA form 24)
  ☐ Private Funds
  Date _____

Signature  *Richard Ganulin*        Print Name  Richard Ganulin        Counsel for Appellant

Address:  Room 214, City Hall, 801 Plum Street, Cincinnati, OH 45202        Telephone 513/352-3329

ALLOWANCE BY THE COURT OF LEAVE TO PROCEED IN FORMA PAUPERIS IN A CIVIL APPEAL DOES NOT ENTITLE THE LITIGANT TO HAVE TRANSCRIPT AT GOVERNMENT EXPENSE.

---

**PART II.**   COURT REPORTER ACKNOWLEDGMENT (To be completed by the Court Reporter and forwarded to the Court of Appeals within 10 days after receipt).

| Date transcript order Received | Estimated completion date; if not within 45 days of date financial arrangements made, motion for extension to be made to Court of Appeals | Estimated number of pages |
|---|---|---|
| | | |

  ☐ Arrangements for payment were made on _____
  ☐ Arrangements for payment have not been made pursuant to FRAP (10(b)

| Date | Signature of Court Reporter | Telephone |
|---|---|---|

**PART III.**   NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT (To be completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date)

This is to certify that the transcript has been completed and filed with the District Court today.

_____ Actual Number of Pages                               _____ Actual Number of Volumes

_____                                                      _____
Date                                                             Signature of Court Reporter