No. 05-3052

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**

JUL - 6 2005

LEONARD GREEN, Clerk

STEVE A. LEDFORD; STEPHANIE R. LEDFORD :
:
Plaintiffs-Appellees, :
:
v. : ORDER
:
CITY OF CINCINNATI; THOMAS STREICHER, JR.; :
DONALD ELSAESSER :
: 1:01cv 469
Defendants-Appellants. :
: : : : : :

In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the stipulation of the parties to voluntarily dismiss the appeal pursuant to 42(b), Federal Rules of Appellate Procedure,

**IT IS ORDERED** that the appeal be and hereby is dismissed.

ENTERED PURSUANT TO RULE 33(d)
RULES OF THE SIXTH CIRCUIT
Leonard Green, Clerk