UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
CASE NO. 1:01cv00469-WOB

**STEVE A. LEDFORD, ET AL.**                                                  **PLAINTIFFS**

**v.**                              <u>**ORDER**</u>

**CITY OF CINCINNATI, ET AL.**                                           **DEFENDANTS**

    Pursuant to the Order of the Unites States Court of Appeals for the Sixth Circuit dismissing defendants' appeal following a mediation conference (Doc. #30),

    **IT IS ORDERED** that the parties file a joint status report **on or before August 15, 2005** advising the court if this matter has been resolved.

    This 2nd day of August, 2005.



Signed By:
<u>William O. Bertelsman</u> WOB
United States District Judge