UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF OHIO

WESTERN DIVISION

| | |
|---|---|
| STEVE LEDFORD, | ) |
| | ) |
| PLAINTIFFS, | ) CASE NO.: C-1-01-469 |
| | ) |
| VS. | ) JUDGE DLOTT |
| | ) |
| CITY OF CINCINNATI, ET AL., | ) |
| | ) |
| DEFENDANTS. | ) |
| | ) |
| | ) |
| | ) |

STIPULATED ENTRY OF DISMISSAL WITH PREJUDICE

_____

The Court having been advised by counsel for the parties that all parties

request that it be dismissed with prejudice by this Court, defendants to bear all

court costs;

It is ORDERED that this action is hereby DISMISSED with prejudice.

Date: _____          _____
                               Susan J. Dlott
                               United States District Judge

/s/ John J. Helbling
/s/ Mark T. Tillar
John J. Helbling 0046727
Mark T. Tillar 0029898
Trial Attorneys For Plaintiffs
105 E. Main St., Suite 202
Cincinnati, Ohio 45040
Telephone: (513) 770-0322
Fax:(513) 770-0267

/s/ Richard Ganulin
Richard Ganulin  0025642
Defense Counsel for the City of Cincinnati
Assistant City Solicitor
Office of the Cincinnati City Solicitor
801 Plum Street - City Hall
Room 214
Cincinnati, Ohio 45202
(513)  352-3321