UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF OHIO

WESTERN DIVISION

05 AUG 17 PM 12: 23

| | |
|---|---|
| STEVE LEDFORD,<br><br>PLAINTIFFS,<br><br>VS.<br><br>CITY OF CINCINNATI, ET AL.,<br><br>DEFENDANTS. | CASE NO.: C-1-01-469<br><br>JUDGE DLOTT |

## STIPULATED ENTRY OF DISMISSAL WITH PREJUDICE

The Court having been advised by counsel for the parties that all parties request that it be dismissed with prejudice by this Court, defendants to bear all court costs;

It is ORDERED that this action is hereby DISMISSED with prejudice.

Date: 8/15/05

William O. Bertelsman
WILLIAM O. BERTELSMAN, JUDGE
United States District Judge

Agreed Order - 1

/s/ John J. Helbling
/s/ Mark T. Tillar
John J. Helbling  0046727
Mark T. Tillar  0029898
Trial Attorneys For Plaintiffs
105 E. Main St., Suite 202
Cincinnati, Ohio 45040
Telephone: (513) 770-0322
Fax:(513) 770-0267


/s/ Richard Ganulin
Richard Ganulin  0025642
Defense Counsel for the City of Cincinnati
Assistant City Solicitor
Office of the Cincinnati City Solicitor
801 Plum Street - City Hall
Room 214
Cincinnati, Ohio 45202
(513) 352-3321